```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 16253
   RAY R FERGUSON III
   MAJORIE E FERGUSON                          CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-5272     SSN XXX-XX-6817


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 12/08/2006 and was confirmed 04/05/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 10/16/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                               PAID          PAID
------------------------------------------------------------------------------
GREEN TREE SERVICING LLC CURRENT MORTG          .00            .00            .00
REAL TIME RESOLUTIONS IN CURRENT MORTG          .00            .00            .00
ONYX ACCEPTANCEO CORP    SECURED VEHIC      9294.00         826.29        4675.31
ONYX ACCEPTANCEO CORP    UNSECURED           267.62            .00            .00
COOK COUNTY TREASURER    SECURED            1361.00            .00         330.00
INTERNAL REVENUE SERVICE PRIORITY           4917.24            .00        1370.04
ROUNDUP FUNDING LLC      UNSECURED           808.00            .00            .00
ECAST SETTLEMENT CORP    UNSECURED         11021.71            .00            .00
CITY OF CHICAGO WATER DE SECURED             157.00            .00         110.00
CLAUDIA GIDEA            UNSECURED        NOT FILED            .00            .00
CROSS COUNTRY BANK       UNSECURED        NOT FILED            .00            .00
PATHOLOGY ASSOCIATES     UNSECURED        NOT FILED            .00            .00
PATHOLOGY ASSOCIATES     UNSECURED        NOT FILED            .00            .00
DISCOVER CARD            UNSECURED        NOT FILED            .00            .00
GMAC                     UNSECURED           7458.29           .00            .00
JACKSON PARK HOSPITAL    UNSECURED        NOT FILED            .00            .00
LAKE SHORE ANESTHESIA AS UNSECURED        NOT FILED            .00            .00
MCI RESIDENTIAL SERVICES UNSECURED        NOT FILED            .00            .00
MICHAEL REESE HOSPITAL   UNSECURED        NOT FILED            .00            .00
NORTH SHORE              UNSECURED        NOT FILED            .00            .00
NORTHWESTERN MEDICAL FAC UNSECURED        NOT FILED            .00            .00
PARKNATBK                UNSECURED        NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE UNSECURED           1121.89           .00            .00
RENDERED SERVICE         UNSECURED        NOT FILED            .00            .00
UNITED STUDENT AID FUNDS UNSECURED           1621.66           .00            .00
US DEPT OF JUSTICE       UNSECURED           5408.66           .00            .00
REAL TIME RESOLUTIONS IN MORTGAGE ARRE       1476.50           .00        1476.50
GREEN TREE SERVICING LLC MORTGAGE ARRE       5869.32           .00        5869.32
GREEN TREE SERVICING LLC NOTICE ONLY      NOT FILED            .00            .00
INTERNAL REVENUE SERVICE UNSECURED           4213.22           .00            .00
INTERNAL REVENUE SERVICE UNSECURED        NOT FILED            .00            .00
MICHAEL J MOORE          NOTICE ONLY      NOT FILED            .00            .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 16253 RAY R FERGUSON III & MAJORIE E FERGUSON
```

```
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY    1,363.00                   1,363.00
TOM VAUGHN                TRUSTEE                                   1,168.23
DEBTOR REFUND             REFUND                                      611.31

       Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                            RECEIPTS           DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                    17,800.00

PRIORITY                                             1,370.04
SECURED                                             12,461.13
    INTEREST                                           826.29
UNSECURED                                                 .00
ADMINISTRATIVE                                       1,363.00
TRUSTEE COMPENSATION                                 1,168.23
DEBTOR REFUND                                          611.31
                           ---------------      ---------------
TOTALS                     17,800.00                17,800.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                       /s/ Tom Vaughn
   Dated: 01/27/09                     _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE